

### January 29, 2016

| | | |
|---|---|---|
| CAAP–12–00 00555 | Rand v. Rand | Vacated in part, Affirmed and Remanded |
| CAAP–14–00 00537 | State v. Carvalho | Affirmed |
| CAAP–14–00 01367 | State v. Jemwai | Vacated and Remanded |
| CAAP–14–00 01162 | State v. Nakamura | Affirmed |
| CAAP–14–00 00896 | State v. Yoshimoto | Vacated and Remanded |
| CAAP–14–00 01309 | Wells Fargo Bank, Nat. Ass'n v. Krakauer | Affirmed |

### February 4, 2016

| | | |
|---|---|---|
| CAAP–15–00 00024 | Bank of New York Mellon v. Rumbawa | Affirmed |

### February 5, 2016

| | | |
|---|---|---|
| CAAP–14–00 01116 | State v. Song | Affirmed |

### February 9, 2016

| | | |
|---|---|---|
| CAAP–13–00 05414 | Jackson v. Jackson | Affirmed |
| CAAP–14–00 01314 | State v. Yotsuji | Vacated and Remanded |

### February 11, 2016

| | | |
|---|---|---|
| CAAP–12–00 00436 | OWB Reo, LLC v. Hill | Affirmed |

### February 16, 2016

| | | |
|---|---|---|
| CAAP–13–00 03042 | State v. Frazer | Remanded |